UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al, <br><br> Plaintiff, <br><br> v. <br><br> ASHRAF ALI et al, <br><br> Defendant. | CASE NO. C23-1062-KKE *SEALED* <br><br> ORDER EXTENDING TEMPORARY SEAL OF DOCUMENTS AND CASE |

This matter came before the Court on the plaintiffs' status report. Dkt. No. 11. The Court, having considered the status report and the balance of the docket ORDERS:

1) All current and future filings shall remain temporarily sealed, such that they do not appear on the public docket;

2) Amazon is to file a status report with this court within 120 days of the date of this order addressing the progress of the criminal investigation and whether this case should remain sealed; and

ORDER EXTENDING TEMPORARY SEAL OF DOCUMENTS AND CASE - 1

3) If Amazon wishes for the case to remain under seal, it is directed to file a motion to that effect contemporaneously with the filing of the status report.

Dated this 9th day of November, 2023.

Kymberly K. Evanson
United States District Judge