The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation<br><br>Plaintiffs,<br><br>v.<br><br>ASHRAF ALI, an individual; and DOES 1-10, d/b/a "thefunnelguru.com" and "reinstatedpros.com,"<br><br>Defendants. | No. 2:23-cv-01062-KKE<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION TO EXTEND TEMPORARY SEAL OF DOCUMENTS AND CASE**<br><br>**FILED UNDER SEAL** |

Having considered Plaintiffs' *Ex Parte* Motion to Extend Temporary Seal of Documents and Case (the "Motion") brought by Amazon.com, Inc. and Amazon.com Services LLC, and Amazon.com Technologies, Inc. (together, "Amazon"), and thus being fully informed of the matter, the Court hereby **GRANTS** the Motion. Based on the record, the Court finds that if this case is made public before law enforcement completes its parallel criminal investigation into Defendants' "ungating" scheme, there remains a substantial risk that this matter's judicial record would become a vehicle for improper purposes, and jeopardize both the parallel criminal investigation and Amazon's ability to obtain meaningful redress for Defendants' alleged conduct. These improper purposes include the potential for Defendants to destroy, conceal, or

ORDER TO EXTEND SEAL - 1
2:23-cv-01062-KKE
FILED UNDER SEAL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

remove evidence from the jurisdiction of the Court, and secrete the alleged proceeds from the sale of their alleged fraudulent services to avoid them being made available to Amazon.

It is hereby ORDERED that,

A. The Motion is GRANTED;

B. This case shall remain sealed, such that is does not appear in the public docket, until June 3, 2024;

C. All current and future filings shall be temporarily sealed, such that they do not appear on the public docket; and

D. Amazon is to file a status report on or before June 3, 2024 addressing the progress of the criminal investigation and whether this case should remain sealed.

Dated this 11th day of March, 2024.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

_____
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER TO EXTEND SEAL - 2
2:23-cv-01062-KKE
FILED UNDER SEAL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Lauren Rainwater, WSBA #43625
   920 Fifth Avenue, Suite 3300
2  Seattle, WA 98104-1604
   Tel: (206) 622-3150
3  Fax: (206) 757-7700
   Email: laurenrainwater@dwt.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER TO EXTEND SEAL - 3
2:23-cv-01062-KKE
FILED UNDER SEAL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax