The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASHRAF ALI, an individual; and DOES 1-10, d/b/a "thefunnelguru.com" and "reinstatedpros.com,"<br><br>Defendants. | No. 2:23-cv-01062-KKE *SEALED*<br><br>**ORDER GRANTING MOTION TO UNSEAL DOCUMENTS AND CASES**<br><br>**FILED UNDER SEAL** |

Having considered the Motion to Unseal Documents and Cases (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc., and thus being fully informed of the matter, the Court hereby GRANTS the Motion.

//

//

ORDER TO UNSEAL - 1
(2:23-cv-01062-KKE *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

It is hereby ORDERED that,

A. The Motion is GRANTED; and

B. Case No. 2:23-cv-01062-KKE shall be unsealed in its entirety such that it appears on the public docket.

Dated this 3rd day of June, 2024.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

_____
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER TO UNSEAL - 2
(2:23-cv-01062-KKE *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax