The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASHRAF ALI, an individual; and DOES 1-10, d/b/a "thefunnelguru.com" and "reinstatedpros.com,"<br><br>Defendants. | No. 2:23-cv-01062-KKE<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND OR STAY DEADLINES** |

Having considered Plaintiffs' Motion to Extend or Stay Deadlines and good cause being established, the Court **GRANTS** the Motion. The deadline for filing amended pleadings and joining additional parties in this matter is extended to August 1, 2025, by which date Plaintiffs may file a First Amended Complaint adding two new defendants. The Court STAYS all other deadlines in its October 3, 2024 Order Setting Trial and Related Dates (Dkt. 36) until Plaintiffs report that they have completed service on the new defendants either via India's Central Authority pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents or in another manner approved by the Court. Plaintiffs shall file a status report apprising the Court of their service efforts six months from the date of this Order and every six months thereafter until

ORDER TO EXTEND DEADLINES - 1
(2:23-cv-01062-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

such service is complete. Plaintiffs shall promptly advise the Court when service on the new defendants is completed.

SO ORDERED this 24th day of July, 2025.

*[signature: Kymberly K. Evanson]*

THE HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

ORDER TO EXTEND DEADLINES - 2
(2:23-cv-01062-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax