1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  AMAZON.COM, INC., a Delaware
corporation; and AMAZON.COM

10 SERVICES LLC, a Delaware limited liability
company; AMAZON TECHNOLOGIES,

11 INC., a Nevada corporation,

Case No. 2:23-cv-01062-KKE

12              Plaintiffs,

**UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND
TO AMENDED COMPLAINT**

13        v.

14 ASHRAF ALI, an individual; and DOES 1-
10, d/b/a "thefunnelguru.com" and

15 "reinstatedpros.com,"

**NOTE ON MOTION CALENDAR:
August 21, 2025**

16              Defendants.

17

18        Defendant Ashraf Ali moves for an extension of time to respond to the Amended

19 Complaint, up to and including September 22, 2025.

20 In support of the Joint Stipulation, the Parties state:

21    1.    Plaintiff filed its Amended Complaint on July 31, 2025. (Dkt. 42).

22    2.    Attorney Thomas P. Howard conferred with opposing counsel. Opposing counsel

23          does not oppose the extension.

24    3.    The parties are engaged in settlement discussions.

25    4.    Good causes exist for this extension because Defendant Ali's counsel requires more

26          time to sufficiently review all relevant documents and dockets and to answer,

UNOPPOSED MOT. FOR EXT, TO ANSWER - 1

Thomas P. Howard, LLC
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
303-665-9845 Fax: 303-665-9847

1    respond, or otherwise defend against the Complaint.

2    I certify that this memorandum contains 252 words, in compliance with the Local Civil

3    Rules.  A proposed order is attached.

4        Dated August 20, 2025.

5    **THOMAS P. HOWARD, LLC**

6    By:___/s/ Scott E. Brenner___
     Scott E. Brenner (Pro Hac Vic)

7    Thomas P. Howard (Pro Hac Vic)
     842 W. South Boulder Rd., Suite 100

8    Louisville, CO 80027
     303-665-9845

9    sbrenner@thowardlaw.com
     *Attorney for Defendant Ashraf Ali*

10

11

12   **LAW OFFICE OF CARL J. MARQUARDT PLLC**

13   Carl J. Marquardt (WA Bar No. 23257)
     1126 34th Avenue, Suite 311

14   Seattle, WA 98122
     Tel:  (206) 388-4498

15   Email:  carl@cjmlawoffice.com
     *Local Counsel for Defendant Ashraf Ali*

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOT. FOR EXT, TO ANSWER - 2