UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASHRAF ALI, an individual; and DOES 1-10, d/b/a "thefunnelguru.com" and "reinstatedpros.com,"<br><br>Defendants. | Case No. 2:23-cv-01062-KKE<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**[PROPOSED]** |

This matter came before the Court on Defendant Ashraf Ali's Unopposed Motion for an Extension of Time to Respond to the Amended Complaint. The Court reviewed the motion and considered the files and records herein.

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond to the Amended Complaint is GRANTED. Defendant Ali's deadline to answer or otherwise respond to the Complaint is extended to September 22, 2025.

DATED: August ___, 2025

_____
KIMBERLY K. EVANSON
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND
TO COMPLAINTSTIP FOR EXT, TO 1ST AMENDED ANSWER - 1

Presented by:

**THOMAS P. HOWARD, LLC**
Scott E. Brenner (Pro Hac Vic)
Thomas P. Howard (Pro Hac Vic)
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
303-665-9845
sbrenner@thowardlaw.com
*Attorney for Defendant Ashraf Ali*

**LAW OFFICE OF CARL J. MARQUARDT PLLC**
Carl J. Marquardt (WA Bar No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:  (206) 388-4498
Email:  carl@cjmlawoffice.com
*Local Attorney for Defendant Ashraf Ali*

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND
TO COMPLAINTSTIP FOR EXT, TO 1ST AMENDED ANSWER - 2