UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASHRAF ALI et al., <br><br> Defendants. | CASE NO. C23-1062-KKE <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

This matter comes before the Court on Defendant Ashraf Ali's Unopposed Motion for an Extension of Time to Respond to the Amended Complaint. Dkt. No. 44. The Court reviewed the motion and considered the files and records herein.

The Court GRANTS the Unopposed Motion for Extension of Time to Respond to the Amended Complaint. Defendant Ali's deadline to answer or otherwise respond to the Amended Complaint is extended to September 22, 2025.

Dated this 21st day of August, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT - 1