# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation,

Plaintiffs,

v.

ASHRAF ALI, an individual; and DOES 1-10, d/b/a "thefunnelguru.com" and "reinstatedpros.com,"

Defendants.

Case No.: 2:23-cv-01062-KKE

**DEFENDANT ASHRAF ALI'S ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**JURY DEMAND**

Defendant Ashraf Ali, by and through his undersigned counsel, hereby files this Answer and Defenses to Plaintiff's First Amended Complaint for Damages and Equitable Relief (D.E. 42).

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 1

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

## INTRODUCTION

1.      Defendant Ali denies the allegations in Paragraph 1 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

2.      Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 2 and, on that basis, denies the allegations.

3.      Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 3 and, on that basis, denies the allegations.

4.      Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 4 and, on that basis, denies the allegations.

5.      Defendant Ali denies submitting fake documents to Amazon. He lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 5 and, on that basis, denies the allegations.

## DEFENDANTS' FRAUDULENT SCHEME

6.      Defendant Ali denies offering illicit services designed to deceive Amazon or its customers. He denies providing services to assist bad actors engaged in the sale of counterfeit, inauthentic, or other fraudulent products in the Amazon Store. He lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 6 and, on that basis, denies the allegations.

7.      Defendant Ali denies the allegations in Paragraph 7 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

8.      Defendant Ali denies the allegations in Paragraph 8 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 2

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

9.      Defendant Ali denies the allegations in Paragraph 9 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

10.      Defendant Ali denies the allegations in Paragraph 10 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

11.      Defendant Ali denies the allegations in Paragraph 11 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

12.      Defendant Ali denies the allegations in Paragraph 12 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

13.      Defendant Ali denies the allegations in Paragraph 13 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

14.      Defendant Ali denies the allegations in Paragraph 14 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

**JURISDICTION & VENUE**

15.      Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 15 and, on that basis, denies the allegations.

16.      Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 16 and, on that basis, denies the allegations.

17.      Defendant Ali denies this Court has jurisdiction over him. He has not conducted business activities in or directed at the State of Washington. He has not participated in tortious

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 3

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

acts in or directed at the State of Washington. He did not affirmatively undertake to provide false or misleading documents to Amazon. He did not act on behalf of bad actors operating selling accounts in the Amazon Store. He did not direct fraudulent services toward Amazon or the Amazon Store. He did not provide fraudulent services to Washington residents. He did not deceive consumers in Washington.

18.     Defendant Ali denies that this Court has personal jurisdiction over him. Defendant Ali is not bound by Amazon's Conditions of Use in regard to any of the conduct alleged in the Complaint. He did not use or specifically target services in the Amazon Store. He did not have actual or constructive notice of the Conditions of Use regarding any of the conduct alleged in the Complaint.

19.     Defendant Ali denies that the venue is proper for him. He did not participate in the events giving rise to the claims in the Complaint.

20.     Defendant Ali denies the allegations in Paragraph 20 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

**PARTIES**

21.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 21 and, on that basis, denies the allegations.

22.     Defendant Ali admits that he has resided in the Denver, Colorado area since 2015, except from May 2023 to June 2024, when he resided in Dallas, Texas. He currently resides in Parker, Colorado.

23.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 23 and, on that basis, denies the allegations.

24. Defendant Ali denies co-founding or jointly owning Thilash. Defendant Ali denies operating the Websites through and in coordination with Thilash. With respect to the other

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 4

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

25. Defendant Ali denies owning, operating, or controlling Funnel Guru. He denies using or controlling the thefunnelguru@gmail.com email account after June 2018. Ali admits he owned the <thefunnelguru.com> domain name until June 7, 2018. On June 7, 2018, he transferred the <thefunnelguru.com> domain name. He also transferred the thefunnelguru@gmail.com email account on or about June 7, 2018. Ali admits he created an Amazon buyer account associated with the thefunnelguru@gmail.com email address in approximately 2016. He inadvertently did not close the Amazon account or change the email address associated with the account when he transferred the thefunnelguru@gmail.com email account. Defendant Ali lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 25 and, on that basis, denies the allegations.

26. Defendant Ali denies owning or controlling Reinstated Pros. He lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 26 and, on that basis, denies the allegations.

27. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 27 and, on that basis, denies the allegations.

**FACTS**
**Amazon's Efforts to Prevent the Sale of Inauthentic Goods**

28. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 28 and, on that basis, denies the allegations.

29. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 29 and, on that basis, denies the allegations.

30. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 30 and, on that basis, denies the allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 5

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

31.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 31 and, on that basis, denies the allegations.

32.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 32 and, on that basis, denies the allegations.

33.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 33 and, on that basis, denies the allegations.

34.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 34 and, on that basis, denies the allegations.

35.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 35 and, on that basis, denies the allegations.

36.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 36 and, on that basis, denies the allegations.

**Sellers in the Amazon Store Are Contractually Bound by Amazon's Product Information and Anti-Counterfeiting Policies**

37.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 37 and, on that basis, denies the allegations.

38.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 38 and, on that basis, denies the allegations.

39.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 39 and, on that basis, denies the allegations.

40.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 40 and, on that basis, denies the allegations.

41.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 41 and, on that basis, denies the allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 6

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

42. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 42 and, on that basis, denies the allegations.

**Amazon Requires Additional Seller Approvals and Authentication in Order For Sellers to List Certain Restricted Categories of Products**

43. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 43 and, on that basis, denies the allegations.

44. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 44 and, on that basis, denies the allegations.

45. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 45 and, on that basis, denies the allegations.

46. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 46 and, on that basis, denies the allegations.

**The World-Renowned Amazon Marks**

47. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 47 and, on that basis, denies the allegations.

48. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 48 and, on that basis, denies the allegations.

49. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 49 and, on that basis, denies the allegations.

50. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 50 and, on that basis, denies the allegations.

51. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 51 and, on that basis, denies the allegations.

52. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 52 and, on that basis, denies the allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 7

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

53.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 53 and, on that basis, denies the allegations.

**Defendants' Fraudulent Seller Approval and Product Authentication Services**

54.    Defendant Ali denies the allegations in Paragraph 54 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

55.    Defendant Ali denies the allegations in Paragraph 55 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

56.    Defendant Ali denies the allegations in Paragraph 56 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

**Amazon's Investigation Confirms Defendants' Fraud**

57.    Defendant Ali denies the allegations in Paragraph 57 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

58.    Defendant Ali denies the allegations in Paragraph 58 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

59.    Defendant Ali denies the allegations in Paragraph 59 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

60.    Defendant Ali denies the allegations in Paragraph 60 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

61.     Defendant Ali denies the allegations in Paragraph 61 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

62.     Defendant Ali denies the allegations in Paragraph 62 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

63.     Defendant Ali denies the allegations in Paragraph 63 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

64.     Defendant Ali denies the allegations in Paragraph 64 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

65.     Defendant Ali denies the allegations in Paragraph 65 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

66.     Defendant Ali denies submitting falsified invoices to Amazon. He denies any connection to the Mnetflic distributor. He denies creating a website for mnetflic.com. He admits that five years ago, he operated amzsellerhelp.com. He stopped operating the amzsellerhelp.com website in approximately 2019. Defendant Ali admits that he used the coloradoashraf@gmail.com email account but denies ever using that email address in relation to a "Mnetflic Website." Defendant Ali denies the remaining allegations in Paragraph 66 against him. He lacks sufficient knowledge to admit or deny the allegation regarding any other defendant and, on that basis, denies those allegations.

67.     Defendant Ali denies submitting any fake COAs. He denies registering the <effelab.com> domain name or operating effelab.com. He admits he used the

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 9

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

"chennaiinnovations@gmail.com" email address to register Funnel Guru. Any connection based on the city of Chennai is purely happenstance. Chennai has a population of more than eight million people. It is among India's major information technology hubs. Defendant Ali denies the remaining allegations in Paragraph 67 against him. He lacks sufficient knowledge to admit or deny the allegations against any other defendant and, on that basis, denies those allegations.

68.    Defendant Ali denies the allegations in Paragraph 68 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

69.    Defendant Ali denies the allegations in Paragraph 69 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

70.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 70 and, on that basis, denies the allegations.

71.    Defendant Ali denies the allegations in Paragraph 71 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

72.    Defendant Ali denies the allegations in Paragraph 72 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

73.    Defendant Ali denies the allegations in Paragraph 73 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

74.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 74 and, on that basis, denies the allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 10

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

75. Defendant Ali denies the allegations in Paragraph 75 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

76. Defendant Ali denies the allegations in Paragraph 76 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

77. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 77 and, on that basis, denies the allegations.

78. Defendant Ali denies the allegations in Paragraph 78 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

79. Defendant Ali denies the allegations in Paragraph 79 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

80. Defendant Ali denies the allegations in Paragraph 80 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

### Reputational Harm to Amazon and Harm to the Public

81. Defendant Ali denies the allegations in Paragraph 81 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

82. Defendant Ali denies the allegations in Paragraph 82 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 11

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

**Reinstated Pros Exploits Amazon's Brand and Trademarks in a Confusing and Deceptive Manner**

83.     Defendant Ali denies the allegations in Paragraph 83 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

84.     Defendant Ali denies the allegations in Paragraph 84 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

85.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 85 and, on that basis, denies the allegations

86.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 86 and, on that basis, denies the allegations.

87.     Defendant Ali denies the allegations in Paragraph 87 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

88.     Defendant Ali denies the allegations in Paragraph 88 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**Fraud**

89.     Defendant Ali incorporates by reference his responses to each preceding paragraph as though fully set forth herein.

90.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 90 and, on that basis, denies the allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 12

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

91. Defendant Ali denies the allegations in Paragraph 91 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

92. Defendant Ali denies the allegations in Paragraph 92 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

**SECOND CAUSE OF ACTION**
**Intentional Interference with Contractual Relations**

93. Defendant Ali incorporates by reference his responses to each preceding paragraph as though fully set forth herein.

94. Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 94 and, on that basis, denies the allegations.

95. Defendant Ali denies the allegations in Paragraph 95 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

96. Defendant Ali denies the allegations in Paragraph 96 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

97. Defendant Ali denies the allegations in Paragraph 97 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

98. Defendant Ali denies the allegations in Paragraph 98 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 13

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

## THIRD CAUSE OF ACTION
### Unjust Enrichment/Restitution

99.    Defendant Ali incorporates by reference his responses to each preceding paragraph as though fully set forth herein.

100.    Defendant Ali denies the allegations in Paragraph 100 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

101.    Defendant Ali denies the allegations in Paragraph 101 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

## FOURTH CAUSE OF ACTION
### Trademark Infringement

102.    Defendant Ali incorporates by reference his responses to each preceding paragraph as though fully set forth herein.

103.    Defendant Ali denies the allegations in Paragraph 103 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

104.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 104 and, on that basis, denies the allegations.

105.    Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 105 and, on that basis, denies the allegations.

106.    Defendant Ali denies the allegations in Paragraph 106 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 14

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

107.     Defendant Ali denies the allegations in Paragraph 107 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

108.     Defendant Ali denies the allegations in Paragraph 108 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

109.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 109 and, on that basis, denies the allegations.

110.     Defendant Ali denies the allegations in Paragraph 110 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

111.     Defendant Ali denies the allegations in Paragraph 111 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

112.     Defendant Ali denies the allegations in Paragraph 112 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

### FIFTH CAUSE OF ACTION
### False Designation of Origin

113.     Defendant Ali incorporates by reference his responses to each preceding paragraph as though fully set forth herein.

114.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 114 and, on that basis, denies the allegations.

115.     Defendant Ali lacks sufficient knowledge to admit or deny the allegations in Paragraph 115 and, on that basis, denies the allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 15

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

116.    Defendant Ali denies the allegations in Paragraph 116 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

117.    Defendant Ali denies the allegations in Paragraph 117 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

118.    Defendant Ali denies the allegations in Paragraph 118 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

119.    Defendant Ali denies the allegations in Paragraph 119 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

120.    Defendant Ali denies the allegations in Paragraph 120 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

121.    Defendant Ali denies the allegations in Paragraph 121 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

122.    Defendant Ali denies the allegations in Paragraph 122 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

123.    Defendant Ali denies the allegations in Paragraph 123 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 16

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

124. Defendant Ali denies the allegations in Paragraph 124 against him. With respect to the other defendants and allegations, he lacks sufficient knowledge to admit or deny the allegations and, on that basis, denies those allegations.

**Affirmative defenses and general denials**

125. Defendant Ali denies all allegations contained herein unless expressly admitted.

126. Plaintiff's claims and all other relief are barred because they fail to state claims against Defendant Ali upon which relief can be granted.

127. Plaintiff's claims and all other relief are barred because the Plaintiff lacks standing to assert the claims alleged against Defendant Ali.

128. The venue is improper in this district.

129. This Court lacks subject matter jurisdiction over this action.

130. The doctrines of laches and estoppel bar Plaintiffs' claims and all other relief.

131. The doctrine of acquiescence bars Plaintiffs' claims and all other relief.

132. The doctrine of consent bars Plaintiffs' claims and all relief.

133. Plaintiffs' claims and all other relief are barred because Defendant Ali makes no commercial use of Defendant's marks in commerce.

134. Plaintiff's claims and all other relief are barred because Defendant Ali makes no false designation of origin.

135. Plaintiff's claims and all other relief are barred because Defendant Ali is not using Plaintiff's designations of origin in commerce.

136. Plaintiff comes to this Court with unclean hands. Plaintiff makes multiple willful and/or negligent factual misrepresentations concerning Defendant Ali.

137. Plaintiff's claims and all other relief are barred by the statutes of limitation.

138. Plaintiff's claims and all other relief are barred because Plaintiff is not suffering irreparable injury.

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 17

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845

139.    Plaintiff's claims and all other relief are barred because of its failure to mitigate damages.

140.    Plaintiff's claims and all other relief are barred by the doctrine of waiver.

**Defendants Ashraf ALI demands a jury trial on all claims so triable.**

Dated September 22, 2025.

**THOMAS P. HOWARD, LLC**

By:____/s/ Scott E. Brenner
Scott E. Brenner (Pro Hac Vic)
Thomas P. Howard (Pro Hac Vic)
842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
303-665-9845
sbrenner@thowardlaw.com


Law Office of Carl J. Marquardt, PLLC

By: /s/ Carl J. Marquardt
Carl J. Marquardt (WSBA #23257)
1126 34th Ave., Suite 311
Seattle, WA98122-5137
206-388-4498
carl@cjmpllc.com
*Attorneys for Defendant Ashraf Ali*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing Answer via the Court's CM/ECF system, which will electronically serve all parties and counsel of record.

By:/s/ Scott E. Brenner
Scott E. Brenner

DEFENDANT ASHRAF ALI'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT - 18

**THOMAS P. HOWARD, LLC**
842 W. SOUTH BOULDER RD. STE. 100
LOUISVILLE, CO 80027
(303)665-9845