UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al.,<br><br>Plaintiff,<br><br>v.<br><br>ASHRAF ALI et al.,<br><br>Defendant. | CASE NO. C23-1062-KKE<br><br>ORDER REFERRING SERVICE ISSUES TO A MAGISTRATE JUDGE UNDER GENERAL ORDER 03-23 |

This matter comes before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service. Dkt. No. 48.  This case is a Counterfeit Enforcement Action subject to this District's General Order 03-23.  Dkt. No.  2. Under that General Order, the Court has concluded that it is appropriate refer all service issues in Counterfeit Enforcement Actions to the Magistrate Judges designated in the General Order. W.D. Wash. Gen. Ord. 03-23 at 2.

Accordingly, the Court REFERS Plaintiffs' motion for leave to file an over-length motion for alternative service, the anticipated service motion, and all other issues in this case related to service to a United States Magistrate Judge.  Pursuant to General Order 03-23, the

ORDER REFERRING SERVICE ISSUES TO A MAGISTRATE JUDGE UNDER GENERAL ORDER 03-23 - 1

Clerk is DIRECTED to randomly assign one of the designated Magistrate Judges identified in the General Order.

Dated this 24th day of February, 2026.

Kymberly K. Evanson
United States District Judge