The Honorable Kymberly K. Evanson
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation, | No. 2:23-cv-01062-KKE-BAT |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE ON THILAK RAJU AND THILASH SERVICES PRIVATE LIMITED** |
| v. | |
| ASHRAF ALI, an individual; THILAK RAJU, a/k/a Thilak Raj, an individual; THILASH SERVICES PRIVATE LIMITED, an Indian company; and DOES 1-10, d/b/a "thefunnelguru.com" and "reinstatedpros.com," | |
| Defendants. | |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (collectively, "Plaintiffs"). The Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

1.    Plaintiffs' Motion is **GRANTED**.

2.    Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

    a.  Defendant Thilak Raju: thilak29@gmail.com, thilak@gmail.com,

contact@thilash.com, hr@thilash.com, and manjunath@randr.in;

      b.   Defendant Thilash Services Private Limited: contact@thilash.com, hr@thilash.com, and manjunath@randr.in.

3.    The successful transmission to at least one email address associated with each Defendant shall be deemed completed service.

SO ORDERED this 19th day of March, 2026.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
John D. Freed, *Pro Hac Vice*
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com
Email: jakefreed@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 2
(2:23-cv-01062-KKE-BAT)