UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., | CASE NO. C23-1062-KKE |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| ASHRAF ALI et al., | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' motion for leave to file a second amended complaint under Federal Rule of Civil Procedure 15. Dkt. No. 55. Only one defendant, Ashraf Ali, has appeared in this action. Dkt. No. 22. And Ali has not filed an opposition to Plaintiff's motion to amend. Under Local Rule 7(b), "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2).

Because this motion is unopposed and Rule 15(a)(2) instructs the Court to "freely give leave [to amend] when justice so requires[,]" the Court GRANTS Plaintiffs' motion. Dkt. No. 55. Plaintiffs are directed to file Plaintiffs' Second Amended Complaint for Damages and Equitable

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT - 1

Relief, in the form attached as Exhibit 1 to the Declaration of John Freed submitted with Plaintiffs' Motion (Dkt. No. 56), no later than July 20, 2026.

Dated this 13th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT - 2